**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: January 13, 2010**

**Docket Number: 09   00288-WCA**

**JUDY DAVIS**
**VERSUS**
**STATE, THRU DOTD, OFFICE OF RISK MANAGEMENT**

**Appealed from Office of Workers' Compensation - #1E Case No. 04-09196**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Marc T. Amy**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Judy Davis** has this day been

**DENIED.**
Thibodeaux, C. J., would grant rehearing.

cc: Leanne Broussard, Counsel for the Appellee